# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MEIKA DESEAN BRITTON**                                              **PETITIONER**

**V.**                                                  **NO. 3:17-CV-11-DMB-DAS**

**MARSHAL TURNER**                                                       **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation entered this day, Meika DeSean Britton's petition is **DISMISSED without prejudice** for failure to exhaust state remedies.

**SO ORDERED**, this 15th day of November, 2018.

                                                               /s/Debra M. Brown
                                                                **UNITED STATES DISTRICT JUDGE**